

# NUMBER 13-15-00291-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ENEDINA PEREZ,                                                   **Appellant,**

**v.**

THE STATE OF TEXAS,                                            **Appellee.**

### On Appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Benavides and Perkes
## Memorandum Opinion Per Curiam

Counsel for appellant filed a motion to dismiss this appeal. In a signed attachment, appellant states that she no longer wishes to pursue her appeal. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we

GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and

DISMISS the appeal.   Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of September, 2015.